**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2061**

TOMAS CABRERA,

Petitioner,

versus

PETER D. KEISLER, Acting Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A90-682-311)

Submitted: July 20, 2007          Decided: October 4, 2007

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Aroon Roy Padharia, LAW OFFICE OF AROON R. PADHARIA, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Jonathan Robbins, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tomas Cabrera, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming the decision of the immigration judge denying a motion to reconsider a final order of removal. We have reviewed the administrative record and find no abuse of discretion in the Board's affirmance of the immigration judge's order. See 8 C.F.R. § 1003.23(b)(2) (2007); Jean v. Gonzales, 435 F.3d 475, 481, 482-83 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Cabrera, No. A90-682-311 (B.I.A. Sept. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED